etc., Respondents.— Order so far as it denies plaintiff's motion for examination before trial as to items 3, 4 and 5, reversed, with ten dollars costs and disbursements, and motion granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WILLIAM LEV, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MARGARET MULREADY, as Administratrix, etc., of JOSEPH MULREADY, Deceased, Respondent, v. JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Order modified by granting a preference only over other issues noticed for the same term, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LAND MAP REALTY CORPORATION, Appellant, Respondent, v. SELMOR ESTATES CORPORATION and Another, Respondents, Appellants, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements to the defendants, appellants, and the motion to cancel the *lis pendens* granted without terms or conditions. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DOCHTERMANN REALTY COMPANY and Another, Respondents, v. 141 FIFTH AVENUE REALTY CORPORATION, Appellant, Impleaded with Others, Defendants. — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN F. McCARTHY, Respondent, v. WILLIAM HUGHES & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HYMAN P. FROMAN, Appellant, v. ABRAHAM Z. LEVINE and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LILLIAN CHESTER, Respondent, v. FRANK E. CAMPBELL-THE FUNERAL CHURCH, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LILLIAN CHESTER, Respondent, v. FRANK E. CAMPBELL-THE FUNERAL CHURCH, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MURRAY APPLE and Another, Copartners, etc., Respondents, v. FAIR WAIST & DRESS Co., INC., Appellant.— Order entered on October 21, 1924, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the action is not one for goods sold and accepted and, therefore, does not come within the provisions of rule 6, subdivision 1, of Rules of the Supreme Court, First District, Trial Terms.* Appeal from order entered on

---

* See Trial Term Rules Sup. Ct., 1st Dist., N. Y. Co., rule 6, subd. 1.— [REP.